IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GEORGE RICHARD CLARK, III**                                              **PLAINTIFF**

**v.**                          **CASE NO. 4:20-CV-00769-BSM**

**CHRISTOPHER SCOTT STANGER,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 7th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE